Case 2:19-cv-10735-JAK-RAO   Document 14   Filed 01/02/20   Page 1 of 2   Page ID #:53

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA CHAVEZ<br><br>PLAINTIFF(S)<br><br>v.<br><br>LAC USC MEDICAL CENTER , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:19–cv–10735–JAK–RAO<br><br>**NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

   12/30/2019         11           Request for Summons

Date Filed       Doc. No.     Title of Doc.

**ERROR(S) WITH DOCUMENT:**

The case number and/or judge(s) initials are incorrect.

*Other Error(s):*

NOTICE OF ASSIGNMENT to District Judge John A. Kronstadt and Magistrate Judge Rozella A. Oliver was issued 12/23/2019

The summons cannot be issued until this defect has been corrected. Please correct the defect and re–file your summons request.

                                                Clerk, U.S. District Court

                                                By:  */s/ Evelyn Synagogue*
Date: January 2, 2020                       *Evelyn_Synagogue@cacd.uscourts.gov*
                                                    Deputy Clerk

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

Case 2:19-cv-10735-JAK-RAO Document 14 Filed 01/03/20 Page 2 of 2 Page ID #:54

– NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS –