UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CLAUDIA CHAVEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LAC+USC MEDICAL CENTER, THE LOS ANGELES COUNTY DEPARTMENT OF HEALTH SERVICES, and THE COUNTY OF LOS ANGELES,<br><br>　　　　Defendants. | No. 2:19-cv-10735-JAK-RAO<br><br>**ORDER RE STIPULATION TO DISMISS ALL CLAIMS WITH PREJUDICE (DKT. 53)**<br><br>**JS-6** |

Based on a review of the Stipulation to Dismiss All Claims With Prejudice (the "Stipulation" (Dkt. 53)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. The Plaintiff's Complaint in this action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: March 28, 2022

John A. Kronstadt
United States District Judge